NUMBER 13-07-00185-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

KELLY ANN POE, Appellant,


v.



THE STATE OF TEXAS, Appellee.


____________________________________________________________


On appeal from the 28th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza 


Memorandum Opinion Per Curiam



 Appellant, Kelly Ann Poe, by and through her attorney, has filed a motion to dismiss
her appeal because she no longer desires to prosecute it. See Tex. R. App. P. 42.2(a). 
Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 


Memorandum Opinion delivered and filed

this 28th day of February, 2008.